# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| BETTY JO GOODMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:19-cv-00049 |
| MR. COOPER, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 26), which was filed on July 9, 2020. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion for Summary Judgment (Doc. No. 24) be granted and that this action be dismissed with prejudice. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 24) is **GRANTED**, and this action is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE